THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY M. CARNEY,<br><br>        Plaintiff,<br><br>v.<br><br>STATE OF WASHINGTON, WASHINGTON STATE PARKS AND RECREATION COMMISSION, and SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>        Defendants. | No. 2:21-cv-00415 MJP<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR REMAND |

This matter came before the Court on Plaintiffs' Motion for Leave to File an Over-Length Brief in Support of Plaintiffs' Motion for Remand. Finding good cause, the Court GRANTS Plaintiffs' motion.

Plaintiffs may file a brief in excess of twelve pages, but not more than fifteen pages. Defendants' opposition brief may be in excess of twelve pages, but not more than fifteen pages. Plaintiffs' reply brief shall be no more than one-half the total length of Defendants' opposition brief.

IT IS SO ORDERED.

ORDER GRANTING MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF IN SUPPORT OF MOTION FOR REMAND (No. 2:21-cv-00415 MJP) –1

152222572.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Dated this 20th day of April, 2021.

_____
Marsha J. Pechman
United States Senior District Judge

**Presented By:**

By: s/ Nicholas P. Gellert
By: s/ Jennifer A. MacLean
By: s/ Odin A. Smith
Nicholas P. Gellert #18041
Jennifer A. MacLean #479910*
Odin A. Smith #480598*
Attorneys for Plaintiff Mary M. Carney
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email:  NGellert@perkinscoie.com
        JMacLean@perkinscoie.com
        OSmith@perkinscoie.com

* *admitted pro hac vice*

ORDER GRANTING MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF IN SUPPORT OF MOTION FOR REMAND (No. 2:21-cv-00415 MJP) –2

152222572.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000