THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARY M. CARNEY,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, WASHINGTON STATE PARKS AND RECREATION COMMISSION, and SWINOMISH INDIAN TRIBAL COMMUNITY, a federally recognized Indian tribe,<br><br>    Defendants. | No. 2:21-cv-00415 MJP<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL |

Pursuant to the stipulated motion, the Court does hereby ORDER as follows:

The First, Third, Fourth, Fifth and Sixth Causes of Action as identified in Plaintiff's Amended Complaint filed on March 17, 2021, are dismissed with prejudice.

The Second and Seventh Causes of Action as identified in Plaintiff's Amended Complaint filed on March 17, 2021, are dismissed without prejudice.

All parties are to bear their own costs and fees.

[~~PROPOSED~~] ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL
(No. 2:21-cv-00415 MJP) –1

181876052

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1   Dated this 5th day of June, 2025.

_____
Marsha J. Pechman
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED
MOTION FOR DISMSSAL
(No. 2:21-cv-00415 MJP) –2

181876052

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000